No. 75–5317.  LLOYD *v.* VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–5327.  PATTERSON *v.* ALABAMA.  C. A. 5th Cir.  Certiorari denied.

No. 75–5328.  OLIVER *v.* JOHNSON, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 75–5386.  LITTLE *v.* NORTH CAROLINA STATE BOARD OF ELECTIONS ET AL.  Ct. App. N. C.  Certiorari denied.

No. 75–5390.  BURKS *v.* EGELER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 75–5395.  PASTET *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 75–5413.  MORETTA *v.* MORETTA ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 75–5438.  SCILLION *v.* COWAN, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 75–5442.  ALDRIDGE ET UX. *v.* LUDWIG-HONOLD MANUFACTURING CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 75–5490.  CLARK *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 75–58.  JONES ET AL. *v.* DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY ET AL.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.